438 A.2d 641

Commonwealth v. Dorch, Appellant.

Submitted December 5, 1980. Robert J. Breslin, Jr., for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.